Received: 9/ 5/00 13:27; M612 -> The Barry Law Office, Ltd.; Page 4
Ross & Hardies 9/5/00 12:51 PAGE 003/3 RightFAX

Sent By: The Barry Law Office, Ltd.; 651 501 8800; Aug-31-00 9:22; Page 3/4

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-1066 DSD/JMM**

| | |
|---|---|
| Katina Cannon,<br><br>Plaintiff,<br><br>vs.<br><br>Equifax Credit Information Services, Inc. d/b/a Equifax Check Services, Inc.,<br><br>Defendant. | **STIPULATION FOR DISMISSAL AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, Katina Cannon, and her attorneys, and Defendant, Equifax Credit Information Services, Inc., and its attorney, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, disbursements or attorneys fees, to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**ATTORNEYS FOR PLAINTIFF**

**THE BARRY LAW OFFICE, LTD.**

By: [signature]
Peter F. Barry, Esq.
Attorney ID #0266577
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109-1171
(651) 714-8800

Dated: August 31, 2000

**ATTORNEY FOR DEFENDANT**

**ROSS & HARDIES**

By: [signature]
Paul C. Ziebert, Esq.
Illinois Bar I.D.#6204619
150 North Michigan Avenue
Chicago, Illinois 60601-7567
(312) 558-1000

Dated: September 5, 2000

FILED SEP 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD SEP 11 2000
DEPUTY CLERK

**CONSUMER JUSTICE CENTER P.A.**
Thomas J. Lyons, Jr., Esq.
Attorney I.D. #249646
1560 Beam Avenue
Suite A
Maplewood, Minnesota 55109-1171
(651) 770-9707

## ORDER

Based on the above Stipulation for Dismissal With Prejudice filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant, shall be, and herewith is, dismissed with prejudice, and without costs, disbursements or attorneys fees to any party.

Dated: 9/11/00

Judge of United States District Court

LET JUDGMENT BE ENTERED ACCORDINGLY.